IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONDAS WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07 C 06689 |
| | ) |
| UNITED STATES, | ) Honorable Judge Zagel |
| | ) Magistrate Judge Cole |
| Defendant. | ) |

### NOTICE OF FILING

TO:   UNITED STATES
       c/o Patrick J. Fitzgerald
       U.S. Attorney
       219 S. Dearborn St., Suite 500
       Chicago, Illinois 60604

       UNITED STATES
       c/o Michael B. Mukasey
       Attorney General
       U.S. Department of Justice
       950 Pennsylvania Avenue, N.W.
       Washington D.C., 20530-0001

       UNITED STATES
       c/o Richard W. Schott
       Regional Counsel
       U.S. Department of Justice
       North Central Regional Office
       400 State Avenue
       Tower II, Suite 800
       Kansas City, KS 66101

FILED

JUN 0 6 2008 TC
JUN 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

   PLEASE TAKE NOTICE that on Friday, June 6, 2008, we filed with the Clerk of the United States District Court, Northern District, Eastern Division, <u>DEFENDANT'S PROOF OF SERVICE OF SUMMONS</u>, a copy of which is attached hereto and served upon you.

S. JEROME LEVY & ASSOCIATES, P.C.

By: _____
     S. Jerome Levy

S. JEROME LEVY & ASSOCIATES, P.C.
One East Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 832-1616

## PROOF OF SERVICE

I, Janet Drejas, on oath, state that I served a true and correct copy of <u>DEFENDANT'S PROOF OF SERVICE OF SUMMONS</u> by mailing same in properly stamped and addressed envelopes to the above-captioned parties and depositing same in the U.S. Mail Box located at One East Wacker Drive, Chicago, Illinois 60601 this 6th day of June, 2008.

*/s/ Janet Drejas*

[x]   Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   UNITED STATES
   c/o MICHAEL B MUKASEY
   ATTORNEY GENERAL
   US DEPARTMENT OF JUSTICE
   950 PENNSYLVANIA AVE NW
   WASHINGTON DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gmntz Pnkn_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 0 5 2007

D. Is delivery address different from item 17   ☐ Yes
If YES, enter delivery address below:   ☐ No
DEC 13 2007

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service)
   7003 1680 0004 0643 1128

PS Form 3811, February   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

CONDAS WILLIAMS

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

  S JEROME LEVY ESQ
  S JEROME LEVY & ASSOCIATES PC
  1 E WACKER DR STE 2500
  CHICAGO IL 60601

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   UNITED STATES
   c/o RICHARD W SCHOTT
   REGIONAL COUNSEL
   US DEPARTMENT OF JUSTICE
   NORTH CENTRAL REGIONAL
   OFFICE
   400 STATE AVE – TOWER II
   STE 800
   KANSAS CITY KS 66101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name): N. Berardo
C. Date of Delivery: 

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   11-30-07

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 0643 1111

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
CONDAS WILLIAMS

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

S JEROME LEVY ESQ
S JEROME LEVY & ASSOCIATES PC
1 E WACKER DR STE 2500
CHICAGO IL 60601

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CONDAS WILLIAMS,        )
                        )
         Plaintiff,     )
                        )
   vs.                  )  No.  07C 6689
                        )
UNITED STATES,          )
                        )
         Defendant.     )

MAGISTRATE JUDGE COLE

UNITED STATES ATTORNEY
NORTHERN DISTRICT
CHICAGO, ILLINOIS

RECEIVED 2007 NOV 28 P 4: 29

### WAIVER OF SERVICE OF SUMMONS

TO:    S. Jerome Levy, Esq.
       S. Jerome Levy & Associates, P.C.
       One East Wacker Drive, Suite 2500
       Chicago, Illinois 60601

   I acknowledge receipt of your request that I waive service of a summons in the action of Condas Williams v. United States, which is case number 07 C 6674 in the United States District Court for the Northern District of Illinois. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

   I agree to save the cost of service of summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after November 28, 2007, or within 90 days after that date if the request was sent outside the United States.

_____          _____
Date                             Signature
                                 Printed/typed name: _____
                                        as _____
                                        of _____

1

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

(As added Apr. 22, 1993, eff. Dec. 1, 1993.)