IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONDAS WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 06689 |
| ) | |
| UNITED STATES, ) | Honorable Judge Zagel |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

NOTICE OF FILING

TO:  Mr. Patrick J. Fitzgerald
United States Attorney
Mr. Jack Donatelli
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on Friday, July 11, 2008, we filed with the Clerk of the United States District Court, Northern District, Eastern Division, PLAINTIFF'S AFFIDAVIT AND PHYSICIAN'S REPORT, a copy of which is attached hereto and served upon you.

S. JEROME LEVY & ASSOCIATES, P.C.

By: s/ S. Jerome Levy
S. Jerome Levy

S. JEROME LEVY & ASSOCIATES, P.C.
One East Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 832-1616

PROOF OF SERVICE

I, Janet L. Drejas, on oath, state that I served a true and correct copy of PLAINTIFF'S AFFIDAVIT AND PHYSICIAN'S REPORT by mailing same in a properly stamped and addressed envelope to the above-captioned attorneys and depositing same in the U.S. Mail Box located at One East Wacker Drive, Chicago, Illinois 60601 this 11th day of July, 2008.

s/ Janet L. Drejas

[x]   Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.