IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONDAS WILLIAMS,            )<br>                             )<br>     Plaintiff,             )<br>                             )<br>vs.                          )<br>                             )<br>UNITED STATES,               )<br>                             )<br>     Defendant.             )    | No. 07 C 06689<br><br>Honorable Judge Zagel<br>Magistrate Judge Cole |

**AFFIDAVIT**

S. Jerome Levy, having been duly sworn on oath, deposes and states:

1. I am one of the attorneys for the Plaintiff, Condas Williams, have personal knowledge of the facts stated herein and am competent to testify as follows.

2. I have consulted and reviewed the facts of the case with a health care professional who I reasonably believe is knowledgeable in the relevant issues involved in the particular action, practices or has practiced within the last 6 years in the same area of health care or medicine that is at issue in this particular action, meets the expert standards set forth in paragraphs (a) through (d) of Section 8-2501 and is qualified by experience and demonstrated competence in the subject matter of this case and is familiar with psychiatric and mental health care.

3. The health care professional is a physician and is board certified in psychiatry. Attached hereto is a copy of the reviewing health care professional's report.

4. The reviewing health care professional has determined in a written report, after review of the medical record and other relevant material in this particular action that there is a reasonable and meritorious cause for filing of this action.

5. I have concluded on the basis of the reviewing health care professional's review and consultation that there is a reasonable and meritorious basis for filing this case.

6. The health care professional is a consulting expert.

      AFFIANT FURTHER SAYETH NOT.

                                                              s/ S. Jerome Levy

SUBSCRIBED and SWORN to before me
this 11th day of July, 2008.

      s/ Janet L. Drejas


S. Jerome Levy
S. Jerome Levy & Associates, P.C.
One East Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 832-1616